UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-54-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT F. HERRING | ) | |

Upon motion of the United States of America, it is hereby ORDERED that the Government's Motion to Cancel Hearing scheduled for June 20, 2013 be granted and the hearing cancelled.

SO ORDERED this __11th__ day of __June__, 2013.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE