IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-54-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT F. HERRING, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to amend judgment to include recommendation that the Bureau of Prisons designate defendant to a halfway house for five months, constituting the remainder of his term of imprisonment (DE 64). Defendant reports that he is the owner of an assisted living facility in that location, and that halfway house placement would enable him to better manage this business operation by reporting for employment at such facility. The court finds that such a recommendation for a halfway house or re-entry center will serve the ends of justice given the balance between the imprisonment and the need to oversee defendant's business operations to satisfy the order of restitution. Accordingly, for good cause shown, the motion is GRANTED, and the court hereby AMENDS its judgment entered March 7, 2013, to now include recommendation that the defendant be allowed to serve the remainder of his term of incarceration at a halfway house, community confinement center, or residential re-entry center, near West Palm Beach, Florida.

SO ORDERED, this the 18th day of December, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge